**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 13, 2015

Mr. Thomas A. Benson
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

Mr. Mark B. Bierbower
Hunton & Williams
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037

Mr. F. William Brownell
Hunton & Williams
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037

Mr. Shannon W. Fisk
Earthjustice
1617 John F. Kennedy Boulevard
Suite 1675
Philadelphia, PA 19103

Mr. Makram Bassam Jaber
Hunton & Williams
1900 K Street, N.W.
Washington, DC 20006

Mr. Harry Margerum Johnson III
Hunton & Williams
951 E. Byrd Street
Richmond, VA 23219

Mr. Matthew J. Lund
Pepper Hamilton
4000 Town Center
Suite 1800

Southfield, MI 48075

Mr. Brent Rosser
Hunton & Williams
101 S. Tryon Street
Suite 3500
Charlotte, NC 28280

Mr. George Peter Sibley III
Hunton & Williams
951 E. Byrd Street
Richmond, VA 23219

Mr. Michael J. Solo Jr.
DTE Energy
One Energy Plaza
688 WCB
Detroit, MI 48226

Ms. Mary Melissa Whittle
Earthjustice
1617 John F. Kennedy Boulevard
Suite 1675
Philadelphia, PA 19103

      Re: Case No. 14-2274/14-2275, *USA v. DTE Energy Company, et al*
         Originating Case No. : 2:10-cv-13101

Dear Counsel,

  The briefing schedule for this case has been reset and the briefs listed below must be filed electronically with the Clerk's office no later than these dates. Counsel are strongly encouraged to read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

| | |
|---|---|
| Appellee's Brief<br>Appendix (if required by 6th<br> Cir. R. 30(a) and (c)) | Filed electronically by **February 27, 2015 (brief should contain both case numbers)** |
| Appellant's Reply Brief<br>(Optional Brief) | Filed electronically **17** days after the appellee's brief is filed.<br>See Fed. R. App. P. 26(c) |

    A party desiring oral argument must include a statement <u>in the brief</u> setting forth the reason(s) why oral argument should be heard.  *See* 6th Cir. R. 34(a).  If the docket entry for your brief indicates that you have requested oral argument but the statement itself is missing, you will be directed to file a corrected brief.

    In scheduling appeals for oral argument, the court will do what it can to avoid any dates which counsel have called to its attention as presenting a conflict.  If you have any such dates, you should address a letter to the Clerk advising of the conflicted dates.

                      Sincerely yours,

                        s/Michelle M. Davis
                        Case Manager
                        Direct Dial No. 513-564-7025


Enclosure

# CHECKLIST FOR BRIEFS

ECF FUNDAMENTALS:

___     Briefs filed ECF unless filer is pro se or attorney with a waiver for ECF filings

___     PDF format required

___     Native PDF format strongly preferred

___     In consolidated cases (excluding cross-appeals), appellants should **un-check** the case number(s) that is/are not their case. The appellant's brief should appear only on the docket of his/her specific appeal.

___     Parties who have joined in a notice of appeal shall file a single brief. Fed. R. App. P. 3(b)(1).

COVER OF BRIEF (Fed. R. App. P. 32(a)(2)):

___     Sixth Circuit case number

___     Heading: "United States Court of Appeals for the Sixth Circuit"

___     Title of case

___     Nature of proceeding and name of court, agency or board below

___     Title of brief (example "Appellant's Brief")

___     Name(s) and address(es) of counsel filing the brief

CONTENTS (Fed. R. App. P. 28, 6 Cir. R. 28):

___     Corporate Disclosure Form

___     Table of Contents

___     Table of Authorities with page references (with cases alphabetically arranged, statutes and other authorities)

___     **Statement in support of oral argument** (if there is no statement, argument is waived)

        ***Page limitation, word or line count begins here.  See Fed. R. App. P. 32(a)(7)

___     Jurisdictional statement

___     Statement of issues

___     Statement of the case, setting out the relevant facts and history with references to the record

> When referring to a district court record, the citation must include: (1) a brief description of the document; (2) the docket entry number of the document; and (3) the Page ID # range for the relevant pages.  See 6 Cir. R. 28 for additional information on how to reference appendices or administrative records in other appeals.  Examples:
>
> Motion for Summary Judgment, RE 24, Page ID # 120-145
> Transcript, RE 53, Page ID # 675-682
> Plea Agreement, R. 44, Page ID # 220-225
> A.R., RE 5, Page ID # 190-191, pp. 69-70

\_\_\_ Summary of argument

\_\_\_ Argument **with references to record and citations to case law, statutes and other authorities**.  The preferred format is that references and citations appear in the body of the text and not in footnotes.

\_\_\_ Standard of review (for each issue which may appear in discussion of each issue or under separate heading placed before discussion of issues)

\_\_\_ Signed conclusion
   Signature format is: s/(attorney's name)
   Graphic or other electronic signatures discouraged
***Page limitation, word or line count ends here

\_\_\_ A Certificate of Compliance as required by Fed. R. App. P. 32(a)(7)(C)

\_\_\_ Dated Certificate of Service

\_\_\_ **Designation of Relevant District Court Documents with Page ID # range**

\_\_\_ Other Addendum contents allowed by Fed. R. App. P. 28(f) or 6 Cir. R. 28(b). Addendum may **not** contain any items from lower court record or appendix.

TYPEFACE AND LENGTH (See Fed. R. App. 32(a)(5) and (a)(7):

\_\_\_ Typeface either proportionally-spaced font at 14 point (such as CG Times or Times New Roman) or monospaced font at 12 point (such as Courier New)

   Times New Roman at 14 point     `Courier New at 12 point`

\_\_\_ Length for principal briefs: 30 pages OR up to 14,000 words (proportional fonts) OR up to 1300 lines (monospaced font)

\_\_\_ Length for reply brief: 15 pages OR up to 7,000 words (proportional fonts) OR up to 650 lines (monospaced font)

\_\_\_ Briefs using the 14,000 word or 1300 line limits <u>must</u> include word or line count in certificate of compliance (see Fed. R. App. P. 32(a)(7)(C)).

\_\_\_ Headings, footnote and quotations count toward word or line limitations

\_\_\_    For Death Penalty briefs, see 6 Cir. R. 32(b)(2)
\_\_\_    For Cross-Appeals, see Fed. R. App. P. 28.1
\_\_\_    For Amicus briefs, see Fed. R. App. P. 29 and 32

MISCELLANEOUS:

\_\_\_    Personal information must be redacted from the brief - see Fed. R. App. P. 25(a)(5) for specifics. When filing a brief, the ECF system will require attorneys to verify that personal information has been redacted.
\_\_\_    Footnotes must be same sized text as body of brief.